EASTERN DIST.
*January, 1832.*

ELLIS
*vs.*
MICHAUD.

---

### ELLIS *vs.* MICHAUD.

APPEAL FROM THE COURT OF THE FIRST DISTRICT, THE JUDGE OF THE SECOND PRESIDING.

Where the case turns upon a question of fact, although the evidence be contradictory, the Supreme Court will presume that the jury did justice.

This was an action to recover damages for an assault and battery. The evidence was somewhat contradictory, but the jury found a verdict for the plaintiff, for nine hundred dollars. The defendant appealed.

*Martin, J.* delivered the opinion of the court.

This is an action of assault and battery, the plea was *molliter manus imposuit.* The plaintiff had judgment and the defendant appealed.

This case presents no question of law, and the testimony is contradictory, we have no better light than the jury, and must conclude that they did justice.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed with costs.